UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**

MAR 0 9 2012

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-98)

On October 1, 2009, the Panel transferred 32 civil action(s) to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 866 additional action(s) have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R Herndon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 09, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By _____
Deputy Clerk
Date 3/9/12

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                MDL No. 2100

## SCHEDULE CTO-98 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| **FLORIDA NORTHERN** | | | | |
| FLN | 1 | 12-00045 | Dill et al v. BAYER CORPORATION et al | *12-20042-DRH-PMF* |
| **MASSACHUSETTS** | | | | |
| MA | 4 | 12-40019 | Ballou v. Bayer Corporation | *12-20043-DRH-PMF* |
| **MINNESOTA** | | | | |
| MN | 0 | 12-00418 | Krause v. Bayer Healthcare Pharmaceuticals, Inc. et al | *12-20044-DRH-PMF* |
| MN | 0 | 12-00430 | Hoot-Comtois v. Bayer Healthcare Pharmaceuticals, Inc. et al | *12-20045-DRH-PMF* |
| **NEW JERSEY** | | | | |
| NJ | 2 | 11-06397 | KETCHAM v. BAYER CORPORATION et al | *12-20046-DRH-PMF* |
| NJ | 2 | 11-06398 | FENDER v. BAYER CORPORATION et al | *12-20047-DRH-PMF* |
| NJ | 2 | 11-06400 | MELVIN v. BAYER CORPORATION et al | *12-20048-DRH-PMF* |
| NJ | 2 | 11-06401 | SLECHTA v. BAYER CORPORATION et al | *12-20049-DRH-PMF* |
| NJ | 2 | 11-06402 | VINCENT v. BAYER CORPORATION et al | *12-20050-DRH-PMF* |
| NJ | 2 | 11-06403 | MUTH v. BAYER CORPORATION et al | *12-20051-DRH-PMF* |
| NJ | 2 | 11-06593 | COOK v. BAYER CORPORATION et al | *12-20052-DRH-PMF* |
| NJ | 2 | 11-06594 | WINFREY et al v. BAYER CORPORATION et al | *12-20053-DRH-PMF* |
| NJ | 2 | 11-06595 | FRYMIER v. BAYER CORPORATION et al | *12-20054-DRH-PMF* |
| NJ | 2 | 11-06597 | RAILEY et al v. BAYER CORPORATION et al | *12-20055-DRH-PMF* |
| NJ | 2 | 11-06598 | RING et al v. BAYER CORPORATION et al | *12-20056-DRH-PMF* |
| NJ | 2 | 11-06683 | LIEBE et al v. BAYER CORPORATION et al | *12-20057-DRH-PMF* |
| NJ | 2 | 11-06684 | REED et al v. BAYER CORPORATION et al | *12-20058-DRH-PMF* |
| NJ | 2 | 11-06861 | BRIANNA DEGENNARO v. BAYER CORPORATION et al | *12-20059-DRH-PMF* |
| NJ | 2 | 11-06862 | RYAN SONTAG et al v. BAYER CORPORATION et al | *12-20060-DRH-PMF* |
| NJ | 2 | 11-06863 | ALICIA KNIGHT v. BAYER CORPORATION et al | *12-20061-DRH-PMF* |
| NJ | 2 | 11-06864 | | |

|     |   |         | | |
|-----|---|---------|---|---|
|     |   |         | KANDACE WHITE v. BAYER CORPORATION et al | 12-20062-DRH-PMF |
| NJ  | 2 | 11-06865 | SHERYL SMITH v. BAYER CORPORATION et al | 12-20063-DRH-PMF |
| NJ  | 2 | 11-06866 | Brittney Franklin v. BAYER CORPORATION et al | 12-20064-DRH-PMF |
| NJ  | 2 | 11-06883 | LINDA RUBIO v. BAYER CORPORATION et al | 12-20065-DRH-PMF |
| NJ  | 2 | 11-06884 | KELLY MCKENNA v. BAYER CORPORATION et al | 12-20066-DRH-PMF |
| NJ  | 2 | 11-06885 | STEPHANIE PETERS v. BAYER CORPORATION et al | 12-20067-DRH-PMF |
| NJ  | 2 | 11-06886 | KELLY CARR v. BAYER CORPORATION et al | 12-20068-DRH-PMF |
| NJ  | 2 | 11-06901 | MASSA v. BAYER CORPORATION et al | 12-20069-DRH-PMF |
| NJ  | 2 | 11-07616 | JANINE MCGRIFF v. BAYER CORPORATION et al | 12-20070-DRH-PMF |
| NJ  | 2 | 11-07617 | DAWN HERKOWITZ et al v. BAYER CORPORATION et al | 12-20071-DRH-PMF |
| NJ  | 2 | 11-07621 | BENNETT-CALLEN v. BAYER CORPORATION et al | 12-20072-DRH-PMF |
| NJ  | 2 | 11-07622 | HITT et al v. BAYER CORPORATION et al | 12-20073-DRH-PMF |
| NJ  | 2 | 12-00051 | CUFF v. BAYER CORPORATION et al | 12-20074-DRH-PMF |
| NJ  | 2 | 12-00053 | DARLING, et al v. BAYER CORPORATION et al | 12-20075-DRH-PMF |
| NJ  | 2 | 12-00054 | GRANT, et al v. BAYER CORPORATION et al | 12-20076-DRH-PMF |
| NJ  | 2 | 12-00055 | PECKHAM v. BAYER CORPORATION et al | 12-20077-DRH-PMF |
| NJ  | 2 | 12-00056 | DAVIS v. BAYER CORPORATION et al | 12-20078-DRH-PMF |
| NJ  | 2 | 12-00306 | BROWN v. BAYER CORPORATION et al | 12-20079-DRH-PMF |
| NJ  | 2 | 12-00307 | ARNOLD et al v. BAYER CORPORATION et al | 12-20080-DRH-PMF |
| NJ  | 2 | 12-00609 | FOSTER v. BAYER CORPORATION et al | 12-20081-DRH-PMF |
| NJ  | 2 | 12-00610 | MORAN v. BAYER CORPORATION et al | 12-20082-DRH-PMF |
| NJ  | 2 | 12-00611 | VIRTS et al v. BAYER CORPORATION et al | 12-20083-DRH-PMF |
| NJ  | 2 | 12-00612 | DVORAK v. BAYER CORPORATION et al | 12-20084-DRH-PMF |
| NJ  | 2 | 12-00613 | HARROSH-MAROVIC v. BAYER CORPORATION et al | 12-20085-DRH-PMF |

TENNESSEE WESTERN

| TNW | 1 | 12-01022 | Randan v. Bayer Corporation et al | 12-20086-DRH-PMF |